IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IMANI HILL,** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **KLM RESTAURANT CORPORATION** | : | |
| **d/b/a/ CHICK-FIL-A,** | : | No. 24-cv-01121 |
| *Defendant.* | : | |

## ORDER

**AND NOW,** this **5th day** of **June 2024**, upon consideration of Defendant's Motion to Dismiss Count III of Plaintiff's Complaint (ECF No. 10), and upon Plaintiff's filing of an Amended Complaint (ECF No. 11), it is hereby **ORDERED** that the Motion to Dismiss (ECF No. 10) is **GRANTED**. Count III of the Amended Complaint is **DISMISSED**, for the reasons stated in the Court's Memorandum.

Defendant shall respond to Plaintiff's remaining counts in the Amended Complaint by or before **June 19, 2024.**

BY THE COURT:

/s/ Chad F. Kenney
_____
CHAD F. KENNEY, JUDGE